| | |
|---|---|
| Ryan T. Gormley | Bill E. Davidoff (*pro hac vice* forthcoming) |
| Nevada Bar No. 13494 | bill.davidoff@figdav.com |
| RGormley@wwhgd.com | Lance V. Clack (*pro hac vice* forthcoming) |
| **WEINBERG WHEELER HUDGINS GUNN & DIAL** | lance.clack@figdav.com |
| 6385 South Rainbow Blvd., Suite 400 | **FIGARI + DAVENPORT, LLP** |
| Las Vegas, NV 89118 | 901 Main Street, Suite 3400 |
| T: (702) 938-3813 | Dallas, TX 75202 |
| F: (702) 938-3864 | T: (214) 939-2000 |
| | F: (214) 939-2090 |

*Attorneys for Defendant Sun Life Assurance Company of Canada*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KENAI DRILLING LIMITED, a Delaware Corporation, and KENAI DRILLING LIMITED EMPLOYEE BENEFIT PLAN,<br><br>*Plaintiffs,*<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>*Defendant.* | Case No. 2:24-cv-01559-CDS-EJY |

### STIPULATION TO SUBSTITUTE COUNSEL FOR SUN LIFE

Pursuant to Local Rule IA 11-6, Defendant Sun Life Assurance Company of Canada ("Sun Life") hereby substitutes Ryan T. Gormley, Esq. of the law firm of Weinberg, Wheeler Hudgins, Gunn & Dial, 6385 South Rainbow Blvd., Suite 400, Las Vegas, Nevada 89118, Telephone No. (702) 938-3813, as attorney of record in place and stead of Ann-Martha Andrews, Esq., Noel Mitsuko Hernandez, Esq. and Molly M. Rezac, Esq. of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  This withdrawal and substitution is not sought for purposes of

/ / /

/ / /

1
C.A. No. 2:24-cv-01559-CDS-EJY

1  delay. Sun Life intends to file its responsive pleading by the deadlines currently in place.

DATED: September __, 2024

9/16/2024 | 11:59:14 AM PDT

*Katharine Zupan*
Sun Life Assurance Company of Canada

I consent to the above substitution.

DATED: September 16th, 2024

*Molly Rezac*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Ann-Martha Andrews
Nevada Bar No. 7585
Noel Mitsuko Hernandez
Nevada Bar No. 13893
Molly M Rezac
Nevada Bar No. 7435

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: September 16, 2024

WEINBERG WHEELER HUDGINS GUNN & DIAL
Ryan Gormley
Nevada Bar No. 13494

APPROVED:

DATED: September 17, 2024

ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE