**Marquis Aurbach**
Christian T. Balducci, Esq.
Nevada Bar No. 12688
W. Reese Levins, Esq.
Nevada Bar No. 15951
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cbalducci@maclaw.com
rlevins@maclaw.com
    Attorneys for Kenai Drilling Limited and Kenai Drilling Limited Employee Benefit Plan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENAI DRILLING LIMITED, a Delaware Corporation, and KENAI DRILLING LIMITED EMPLOYEE BENEFIT PLAN,,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>Defendant. | Case Number:<br>2:24-cv-01559-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS KENAI DRILLING LIMITED AND KENAI DRILLING LIMITED EMPLOYEE BENEFIT PLAN TO FILE A REPLY IN SUPPORT OF PETITION TO COMPEL ARBITRATION**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiffs Kenai Drilling Limited and Kenai Drilling Limited Employee Benefit Plan ("Plaintiffs") and Defendant Sun Life Assurance Company of Canada ("Defendant") (collectively "the Parties") by and through their respective counsel of record, hereby stipulate and agree Plaintiffs shall have up to and including **October 7, 2024** to file a Reply in Support of Plaintiff's Petition to Compel Arbitration. The present deadline for Plaintiffs to file their Reply is September 30, 2024, and no hearing has been set regarding Plaintiffs' Petition to Compel Arbitration. This is the Parties' first stipulation for extension of time for Plaintiff's to file their Reply in Support of the Petition to Compel Arbitration.

In support of this Stipulation, the Parties state as follows:

1.     Plaintiffs filed their Petition to Compel Arbitration in the Eighth Judicial District Court in and for Clark County, Nevada on July 24, 2024.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2. Defendants filed a Petition for Removal of Action on Aug. 23, 2024 [ECF No. 1].

3. Defendants filed their Response to Petition to Compel Arbitration on September 16, 2024 [ECF No. 13].

4. Plaintiffs' Reply in Support of their Petition to Compel Arbitration is currently due September 30, 2024.

5. However, due to counsel for Plaintiffs' previously scheduled depositions, mediations, and competing deadlines in other matters, Plaintiffs' counsel requires additional time to prepare and file its Reply in Support of the Petition to Compel Arbitration.

6. On September 26, 2024, counsel for Defendant consented to the relief requested.

7. This Stipulation is filed before the Reply in Support of the Petition to Compel Arbitration is due and is good faith and not for purpose of unwarranted delay.

Dated this 30th day of September, 2024.               Dated this 30th day of September, 2024.

By /s/ *W. Reese Levins*                              By /s/ *Lance v. Clack*
Christian T. Balducci, Esq.                           Bill E. Davidoff (*Pro Hac Vice*)
Nevada Bar No. 12688                                  Lance V. Clack (*Pro Hac Vice*)
W. Reese Levins, Esq.                                 FIGARI + DAVENPORT, LLP
Nevada Bar No. 15951                                  901 Main Street, Suite 3400
MARQUIS AURBACH                                       Dallas, Texas 75202
10001 Park Run Drive
Las Vegas, Nevada  89145                              Ryan T. Gormley
*Attorneys for Plaintiffs*                            Nevada Bar No. 13494
                                                      WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
                                                      6385 South Rainbow Blvd., Suite 400
                                                      Las Vegas, Nevada 89118
                                                      *Attorneys for Defendant*

**IT IS SO ORDERED**

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE
Dated: September 30, 2024