Ryan Gormley
Nevada Bar No. 13494
RGormley@wwhgd.com
**WEINBERG WHEELER HUDGINS GUNN & DIAL**
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
T: (702) 938-3813
F: (702) 938-3864

Bill E. Davidoff (Admitted *Pro hac vice*)
bill.davidoff@figdav.com
Lance V. Clack (Admitted *Pro hac vice*)
lance.clack@figdav.com
**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, TX 75202
T: (214) 939-2000
F: (214) 939-2090

*Attorneys for Defendant Sun Life Assurance Company of Canada*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENAI DRILLING LIMITED, a Delaware Corporation, and KENAI DRILLING LIMITED EMPLOYEE BENEFIT PLAN,<br><br>*Plaintiffs,*<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>*Defendant.* | C.A. No. 2:24-cv-01559-CDS-EJY<br><br>**DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATION** |

Defendant Sun Life Assurance Company of Canada ("Sun Life") files the following Motion to Extend Deadline to File Response to Plaintiffs' Objection to Report and Recommendation, and states:

1. This is a suit to compel arbitration. On September 16, 2024, Sun Life filed its response to Plaintiffs' Motion to Compel Arbitration, and Plaintiffs filed a reply on October 11, 2024. On January 21, 2025, the Court entered its Order and Report and Recommendation. [Doc. 33.] Plaintiffs filed their Objection to Report and Recommendation on February 4, 2025 ("Objection"). [Doc. 34.] Sun Life's deadline to file a response to Plaintiffs' Objection is February 18, 2025.

2. As a result of work required on other matters, including an arbitration that went to final hearing on February 18 2025, Sun Life requests an extension of one week to file its

response to Plaintiffs' Objection, to February 25, 2025. **Counsel for Sun Life has conferred with counsel for Plaintiffs, and Plaintiffs are unopposed to the extension.**

3. Sun Life respectfully requests that the Court extend the deadline to file its response to Plaintiff's Objection to February 25, 2025.

Dated: February 18, 2025      By: */s/ Lance V. Clack*

        Bill E. Davidoff (Admitted *Pro hac vice*)
        Texas Bar No. 00790565
        bill.davidoff@figdav.com
        Lance V. Clack (Admitted *Pro hac vice*)
        Texas Bar No. 24040694
        lance.clack@figdav.com
        **FIGARI + DAVENPORT, LLP**
        901 Main Street, Suite 3400
        Dallas, TX 75202
        T: (214) 939-2000
        F: (214) 939-2090

        -and-

        Ryan Gormley
        Nevada Bar No. 13494
        RGormley@wwhgd.com
        **WEINBERG WHEELER HUDGINS GUNN & DIAL**
        6385 South Rainbow Blvd., Suite 400
        Las Vegas, NV 89118
        T: (702) 938-3813
        F: (702) 938-3864

        **ATTORNEYS FOR DEFENDANT**
        **SUN LIFE ASSURANCE COMPANY OF CANADA**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** February 18, 2025