**Marquis Aurbach**
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Sydney A. Soder, Esq.
Nevada Bar No. 17120
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cbalducci@maclaw.com
ssoder@maclaw.com
*Attorneys for Kenai Drilling Limited and*
*Kenai Limited Employee Benefit Plan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENAI DRILLING LIMITED, a Delaware Corporation, and KENAI DRILLING LIMITED EMPLOYEE BENEFIT PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, a Delaware corporation,<br><br>Defendant. | Case No.:   2:24-cv-01559-CDS-EJY |

### STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)

Pursuant to Local Rule IA 6-1 and IA 6-2, it is hereby stipulated between Plaintiffs, Kenai Drilling Limited and Kenai Drilling Limited Employee Benefit Plan ("Plaintiffs"), by and through their counsel of record, Marquis Aurbach, and Defendant Sun Life Assurance Company of Canada ("Sun Life"), by and through their counsel of record, Figari + Davenport, LLP and Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, that the deadline for Plaintiffs to file a response to Defendant's Motion to Dismiss be extended from July 4, 2025 to **July 18, 2025**.

1. Plaintiffs filed a Petition to Compel Defendant Sun Life to Arbitration in the Eighth Judicial District Court of Nevada, on July 24, 2024.

2. Sun Life filed a Petition for Removal of Action on August 23, 2024 [ECF No. 1].

3. On September 16, 2024, Sun Life filed their Response to the Petition to Compel Arbitration [ECF No. 13].

4. Plaintiffs filed their Reply in Support of the Petition on October 11, 2024, including a request for leave to file an amended complaint against Sun Life [ECF No. 27].

5. On January 21, 2025, the Court issued an Order and Report and Recommendation as to the Petition to Compel, and granted Plaintiffs' motion for leave to file an amended complaint [ECF No. 33].

6. Plaintiffs filed an objection to the Court's Report and Recommendation on February 4, 2025 [ECF No. 34] and filed their First Amended Complaint on April 22, 2025 [ECF No. 37].

7. Pursuant to stipulation of the Parties, Defendant filed a Motion to Dismiss [ECF No. 44] in response to Plaintiff's First Amended Complaint on June 20, 2025.

8. The Parties hereby agree to extend the deadline for Plaintiffs to file their response from July 4, 2025 to **July 18, 2025**.

9. This Stipulation is filed before Plaintiffs' response is due, is made in good faith, and is not sought for the purpose of unwarranted delay.

/ / /

/ / /

/ / /

MAC: 17510-003 (#5945481.1)

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 27th day of June 2025. | Dated this 27th day of June 2025. |
| **MARQUIS AURBACH** | **FIGARI + DAVENPORT, LLP** |

/s/  *Sydney A. Soder*
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Sydney A. Soder, Esq.
Nevada Bar No. 17120
*Attorneys for Plaintiffs*

/s/  *Lance V. Clark*
Bill E. Davidoff, Esq. (*Pro Hac Vice*)
Lance V. Clack, Esq. (*Pro Hac Vice*)

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

Date:  June 30, 2025