| | |
|---|---|
| Jeremy R. Alberts<br>Nevada Bar No. 10497<br>jalberts@wwhgd.com<br>**WEINBERG WHEELER HUDGINS GUNN & DIAL**<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>T: (702) 938-3813<br>F: (702) 938-3864 | Bill E. Davidoff (Admitted *Pro hac vice*)<br>bill.davidoff@figdav.com<br>Lance V. Clack (Admitted *Pro hac vice*)<br>lance.clack@figdav.com<br>**FIGARI + DAVENPORT, LLP**<br>901 Main Street, Suite 3400<br>Dallas, TX 75202<br>T: (214) 939-2000<br>F: (214) 939-2090 |

*Attorneys for Defendant Sun Life Assurance Company of Canada*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KENAI DRILLING LIMITED, a Delaware Corporation, and KENAI DRILLING LIMITED EMPLOYEE BENEFIT PLAN,<br><br>    Plaintiffs,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Defendant. | C.A. No. 2:24-cv-01559-CDS-EJY |

### STIPULATION AND ORDER TO EXTEND DEADLINE
### TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

Pursuant to Local Rule IA 6-1 and IA 6-2, it is hereby stipulated between Plaintiffs, Kenai Drilling Limited and Kenai Drilling Limited Employee Benefit Plan ("Plaintiffs"), by and through their counsel of record, Marquis Aurbach, and Defendant Sun Life Assurance Company of Canada ("Sun Life"), by and through their counsel of record, Figari + Davenport, LLP and Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, that the deadline for Sun Life to file an answer or other responsive pleading to Plaintiffs' second amended complaint be extended from August 15, 2025 to **August 22, 2025**.

1.  Plaintiffs filed a Petition to Compel Defendant Sun Life to Arbitration in the Eighth Judicial District Court of Nevada, on July 24, 2024.

2.  Sun Life filed a Petition for Removal of Action on August 23, 2024 [ECF No. 1].

3.  On August 1, 2025, Plaintiffs filed their Second Amended Complaint [ECF No. 58].

4.  The Parties hereby agree to extend the deadline for Sun Life to file their answer or other responsive pleading from August 15, 2025 to **August 22, 2025.**

5.  This Stipulation is filed before Sun Life's reply is due, is made in good faith, and is not sought for the purpose of unwarranted delay.

IT IS SO STIPULATED.

| | |
|---|---|
| **MARQUIS AURBACH** | **FIGARI + DAVENPORT, LLP** |
| /s/ *Sydney A. Soder* | /s/ *Lance V. Clack* |
| Christian T. Balducci, Esq. | Bill E. Davidoff (Admitted *Pro hac vice*) |
| Nevada Bar No. 12688 | Lance V. Clack (Admitted *Pro hac vice*) |
| Sydney A. Soder, Esq. | |
| Nevada Bar No. 17120 | **WEINBERG WHEELER HUDGINS GUNN & DIAL** |
| *Attorneys for Plaintiffs* | Jeremy R. Alberts |
| | Nevada Bar No. 10497 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **SUN LIFE ASSURANCE COMPANY OF CANADA** |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Date: August 15, 2025