**Marquis Aurbach**
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Sydney A. Soder, Esq.
Nevada Bar No. 17120
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cbalducci@maclaw.com
ssoder@maclaw.com
*Attorneys for Kenai Drilling Limited and*
*Kenai Drilling Limited Employee Benefit Plan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENAI DRILLING LIMITED, a Delaware Corporation, and KENAI DRILLING LIMITED EMPLOYEE BENEFIT PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, a Delaware corporation,<br><br>Defendant. | Case No.:   2:24-cv-01559-CDS-EJY |

### STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANT SUN LIFE'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to Local Rule IA 6-1 and IA 6-2, Plaintiffs Kenai Drilling Limited and Kenai Drilling Limited Employee Benefit Plan ("Plaintiffs"), by and through their counsel of record, Marquis Aurbach, and Defendant Sun Life Assurance Company of Canada ("Sun Life"), by and through their counsel of record, Figari + Davenport, LLP and Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, hereby stipulate as follows:

1. Plaintiffs filed a Petition to Compel Defendant Sun Life to Arbitration in the Eighth Judicial District Court of Nevada, on July 24, 2024.

2. Sun Life filed a Petition for Removal of Action on August 23, 2024 [ECF No. 1].

3. On September 16, 2024, Sun Life filed their Response to the Petition to Compel Arbitration [ECF No. 13].

4. Plaintiffs filed their Reply in Support of the Petition on October 11, 2024, including a request for leave to file an amended complaint against Sun Life [ECF No. 27].

5. On January 21, 2025, the Court issued an Order and Report and Recommendation as to the Petition to Compel, and granted Plaintiffs' motion for leave to file an amended complaint [ECF No. 33].

6. Plaintiffs filed their First Amended Complaint on April 22, 2025 [ECF No. 37].

7. Pursuant to stipulation of the Parties, Plaintiffs filed a Second Amended Complaint on August 1, 2025 [ECF No. 58].

8. On August 22, 2025, Sun Life filed a Motion to Dismiss Plaintiffs' Second Amended Complaint [ECF No. 61].

9. The Parties have been working diligently in good faith toward a potential resolution of this dispute, including working with the four parties to the underlying arbitration and coordinating schedules of these parties, their representatives, and their counsel, including over eleven attorneys.

10. As such, the Parties agree to extend the deadline for Plaintiffs to file a response to Sun Life's Motion to Dismiss the Second Amended Complaint from September 5, 2025 to **September 19, 2025**.

/ / /

/ / /

/ / /

11. The Parties agreed to the extension prior to the deadline, and this Stipulation is made in good faith and is not sought for the purpose of unwarranted delay.

IT IS SO STIPULATED.

Dated this 8th day of September 2025.   Dated this 8th day of September 2025.

**MARQUIS AURBACH**   **FIGARI + DAVENPORT, LLP**

/s/   Sydney A. Soder   /s/   Lance V. Clack
Christian T. Balducci, Esq.   Bill E. Davidoff, Esq. (*Pro Hac Vice*)
Nevada Bar No. 12688   Lance V. Clack, Esq. (*Pro Hac Vice*)
Sydney A. Soder, Esq.
Nevada Bar No. 17120
*Attorneys for Kenai Drilling Limited and*   **WEINBERG, WHEELER, HUDGINS,**
*Kenai Drilling Limited Employee Benefit Plan*   **GUNN & DIAL, LLC**
Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
*Attorneys for Defendant*

**ORDER**

Good cause appearing, the foregoing Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 10, 2025