| | |
|---|---|
| Jeremy R. Alberts<br>Nevada Bar No. 10497<br>jalberts@wwhgd.com<br>**WEINBERG WHEELER HUDGINS GUNN & DIAL**<br>6385 South Rainbow Blvd., Suite 400<br>Las Vegas, NV 89118<br>T: (702) 938-3813<br>F: (702) 938-3864 | Bill E. Davidoff (Admitted *Pro hac vice*)<br>bill.davidoff@figdav.com<br>Lance V. Clack (Admitted *Pro hac vice*)<br>lance.clack@figdav.com<br>**FIGARI + DAVENPORT, LLP**<br>901 Main Street, Suite 3400<br>Dallas, TX 75202<br>T: (214) 939-2000<br>F: (214) 939-2090 |

*Attorneys for Defendant Sun Life Assurance Company of Canada*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KENAI DRILLING LIMITED, a Delaware Corporation, and KENAI DRILLING LIMITED EMPLOYEE BENEFIT PLAN,<br><br>    Plaintiffs<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Defendant | Case No. 2:24-cv-01559-CDS-EJY<br><br>**Order Approving Stipulation to Extend Deadline to File Reply**<br><br>[ECF No. 73] |

Pursuant to Local Rule IA 6-1 and IA 6-2, it is hereby stipulated between Plaintiffs, Kenai Drilling Limited and Kenai Drilling Limited Employee Benefit Plan ("Plaintiffs"), by and through their counsel of record, Marquis Aurbach, and Defendant Sun Life Assurance Company of Canada ("Sun Life"), by and through their counsel of record, Figari + Davenport, LLP and Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, that the deadline for Sun Life to file a reply to its Motion to Dismiss be extended from September 26, 2025 to **October 10, 2025**.

    1.    Plaintiffs filed a Petition to Compel Defendant Sun Life to Arbitration in the Eighth Judicial District Court of Nevada, on July 24, 2024.

    2.    Sun Life filed a Petition for Removal of Action on August 23, 2024 [ECF No. 1].

3. On August 1, 2025, Plaintiffs filed their Second Amended Complaint [ECF No. 58].

4. Pursuant to stipulation of the Parties [ECF No. 59], Sun Life extended their deadline to file their answer or other responsive pleading to Plaintiff's Second Amended Complaint from August 15, 2025 to August 22, 2025.

5. On August 22, 2025, Sun Life filed their Motion to Dismiss Plaintiffs' Second Amended Complaint [ECF No. 61].

6. Pursuant to stipulation of the Parties [ECF No. 63], Plaintiffs extended their deadline to file their opposition to Sun Life's motion to dismiss from September 5, 2025 to September 19, 2025.

7. On September 19, 2025, Plaintiffs filed their Opposition to Sun Life's Motion to Dismiss [ECF No. 69].

8. Sun Life's deadline to file a reply in support of the motion to dismiss is September 26, 2025. However, as a result of depositions in an unrelated matter that took place during the week of September 22, counsel for Sun Life requires additional time to prepare the reply.

9. Further, on September 26, 2025, the Parties submitted a proposed stipulation and order to stay these proceedings on account of pending mediation.

10. As such, the Parties hereby agree to extend the deadline for Sun Life to file their reply to their Motion to Dismiss from September 26, 2025 to **October 10, 2025.**

/ / / /

/ / / /

/ / / /

11. The Parties agreed to the extension before Sun Life's deadline to reply, and this Stipulation is made in good faith, and is not sought for the purpose of unwarranted delay.

IT IS SO STIPULATED.

| MARQUIS AURBACH | FIGARI + DAVENPORT, LLP |
|---|---|
| /s/ *Sydney A. Soder* | /s/ *Lance V. Clack* |
| Christian T. Balducci, Esq. | Bill E. Davidoff (Admitted *Pro hac vice*) |
| Nevada Bar No. 12688 | Lance V. Clack (Admitted *Pro hac vice*) |
| Sydney A. Soder, Esq. | |
| Nevada Bar No. 17120 | WEINBERG WHEELER HUDGINS GUNN & DIAL |
| *Attorneys for Plaintiffs* | Jeremy R. Alberts |
| | Nevada Bar No. 10497 |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | SUN LIFE ASSURANCE COMPANY OF CANADA |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 8, 2025