**Marquis Aurbach**
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Sydney A. Soder, Esq.
Nevada Bar No. 17120
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cbalducci@maclaw.com
ssoder@maclaw.com
*Attorneys for Kenai Drilling Limited and*
*Kenai Drilling Limited Employee Benefit Plan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENAI DRILLING LIMITED, a Delaware Corporation, and KENAI DRILLING LIMITED EMPLOYEE BENEFIT PLAN, <br><br> Plaintiffs <br><br> v. <br><br> SUN LIFE ASSURANCE COMPANY OF CANADA, a Delaware corporation, <br><br> Defendant | Case No.:   2:24-cv-01559-CDS-EJY <br><br> **STIPULATION TO DISMISS** |

Pursuant to Local Rule IA 6-1 and IA 6-2, Plaintiffs Kenai Drilling Limited and Kenai Drilling Limited Employee Benefit Plan ("Plaintiffs"), by and through their counsel of record, Marquis Aurbach, and Defendant Sun Life Assurance Company of Canada ("Sun Life"), by and through their counsel of record, Figari + Davenport, LLP and Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, hereby stipulate as follows:

1.      The parties attended the mediation identified in the October 8, 2025 order approving the stipulation to extend deadline to file reply brief, Dkt. #74.

MAC: 17510-003 (#6242609.1)

2. At the mediation, the parties reached a tentative agreement to resolve this matter, which was later reduced to a settlement agreement signed by all of the parties.

3. Based upon the foregoing, the Parties hereby stipulate and agree for dismissal of this matter, with prejudice.

4. Each party shall bear their own attorney fees and costs.

IT IS SO STIPULATED.

Dated this 9th day of February 2026.                 Dated this 9th day of February 2026.

**MARQUIS AURBACH**                                       **FIGARI + DAVENPORT, LLP**


/s/   *Christian T. Balducci*                                  /s/       *Lance V. Clack*
Christian T. Balducci, Esq.                                  Bill E. Davidoff, Esq. (*Pro Hac Vice*)
Nevada Bar No. 12688                                        Lance V. Clack, Esq. (*Pro Hac Vice*)
Sydney A. Soder, Esq.
Nevada Bar No. 17120
*Attorneys for Kenai Drilling Limited and*          **WEINBERG, WHEELER, HUDGINS,**
*Kenai Drilling Limited Employee Benefit Plan*   **GUNN & DIAL, LLC**
                                                                      Jeremy R. Alberts, Esq.
                                                                      Nevada Bar No. 10497
                                                                      *Attorneys for Defendant*


Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:    February 9, 2026

MAC: 17510-003 (#6242609.1)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816